33 So.2d 281
**Wiley PICKETT v. STATE.**
2 Div. 768.

Court of Appeals of Alabama.
Nov. 18, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

29 So.2d 903
**Chelse PITTS v. STATE.**
6 Div. 311.

Court of Appeals of Alabama.
Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 903
**Chelsie PITTS v. STATE.**
6 Div. 312.

Court of Appeals of Alabama.
Jan. 14, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 181
**John POLK, Jr. v. STATE.**
6 Div. 419.

Court of Appeals of Alabama.
April 29, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 181
**Lawrence (alias Buddy) POPE v. STATE.**
7 Div. 918.

Court of Appeals of Alabama.
June 24, 1947.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Affirmed.

32 So.2d 181
**Rufus POSEY v. STATE.**
5 Div. 234.

Court of Appeals of Alabama.
April 22, 1947.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Appeal dismissed.